1

2

3

4

5

Charles M. Kagay, SBN 73377
SPIEGEL LIAO & KAGAY, P.C.
388 Market Street, Suite 900
San Francisco, CA 94111
Telephone: 415-956-5959
Facsimile: 415-362-1431
cmk@slksf.com

6

7

8

9

Attorney for Defendants Seawind Group
Holdings Pty Ltd.; Richard Geoffrey Ward;
Corsair Marine Sales Pte Ltd.; Corsair
Marine International Pte Ltd.; Corsair
Marine International Co., Ltd.

10

11

12

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

13

14

15

16

17

18

19

20

21

22

| WAYNE GOLDMAN; HARRIET SCANNON<br><br>v.<br><br>SEAWIND GROUP HOLDINGS PTY LTD.; RICHARD GEOFFREY WARD; CORSAIR MARINE, INC.; PAUL KOCH, CORSAIR MARINE SALES PTE LTD, CORSAIR MARINE INTERNATIONAL SINGAPORE LTD; CORSAIR MARINE VIETNAM LTD; CORSAIR MARINE INTERNATIONAL CO. LTD | CASE NO. C13-1759 JCS<br><br>**STIPULATION EXTENDING THE TIME IN WHICH CERTAIN DEFENDANTS MAY RESPOND TO THE COMPLAINT** |
|---|---|

23

24

25

26

27

28

It is hereby stipulated between plaintiffs Wayne Goldman and Harriett Scannon, and defendants Seawind Group Holdings Pty Ltd.; Richard Geoffrey Ward; Corsair Marine Sales Pte Ltd.; Corsair Marine International Pte Ltd.; Corsair Marine International Co., Ltd., through counsel, that these defendants will have until July 3, 2013, to answer or otherwise respond to the Complaint in this action. In entering into

this stipulation, these defendants do not concede this court's personal jurisdiction over

them.

Dated:  June 4, 2013

/s/*Charles Kagay*
Charles M. Kagay
Spiegel Liao & Kagay, P.C.

Attorney for Defendants Seawind Group Holdings
Pty Ltd.; Richard Geoffrey Ward;  Corsair Marine
Sales Pte Ltd.; Corsair Marine International Pte
Ltd.; Corsair Marine International Co., Ltd.

/s/*Robert C. Matz*
Robert C. Matz
Makman & Matz, LLP

Attorney for Plaintiffs Wayne Goldman and
Harriett Scannon

I attest that concurrence in the filing of this document has been obtained from each of

the other signatories.

Dated: 6/6/13

/s/*Charles Kagay*
Charles M. Kagay

IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA