Charles M. Kagay, SBN 73377
SPIEGEL LIAO & KAGAY, P.C.
388 Market Street, Suite 900
San Francisco, CA 94111
Telephone:    415-956-5959
Facsimile:    415-362-1431
cmk@slksf.com

Attorney for Defendants Seawind Group Holdings Pty Ltd.; Richard Geoffrey Ward; Corsair Marine Sales Pte Ltd.; Corsair Marine International Pte Ltd.; Corsair Marine International Co., Ltd.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE GOLDMAN; HARRIET SCANNON<br><br>v.<br><br>SEAWIND GROUP HOLDINGS PTY LTD.; RICHARD GEOFFREY WARD; CORSAIR MARINE, INC.; PAUL KOCH, CORSAIR MARINE SALES PTE LTD, CORSAIR MARINE INTERNATIONAL SINGAPORE LTD; CORSAIR MARINE VIETNAM LTD; CORSAIR MARINE INTERNATIONAL CO. LTD | CASE NO. C13-1759 JCS<br><br>~~(PROPOSED)~~ ORDER CONTINUING CASE MANAGEMENT CONFERENCE |

The initial Case Management Conference in the above-captioned case, presently scheduled for November 8, 2013, is continued to _____Dec. 10, 2013_____ at 2:30 P.M.

Dated:   11/4/13

_____
Hon. Susan Illston
Judge, United States District Court

Order Continuing Case Management Conference - No. C13-1759 JCS          1