IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE GOLDMAN, et al., | No. C 13-01759 SI |
| Plaintiffs, | **PRETRIAL PREPARATION ORDER** |
| v. | |
| SEAWIND GROUP HOLDINGS PTY LTD., et al., | |
| Defendants. | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: February 7, 2014 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is June 30, 2014.

DESIGNATION OF EXPERTS: 7/31/14; REBUTTAL: 8/15/14.
   Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is October 17, 2014.

DISPOSITIVE MOTIONS **SHALL** be filed by November 14, 2014;

   Opp. Due December 1, 2014; Reply Due December 8, 2014;

   and set for hearing no later than December 19, 2014 at 9:00 AM.

PRETRIAL CONFERENCE DATE: January 20, 2015 at 3:30 PM.

JURY TRIAL DATE: February 2, 2015 at 8:30 AM.,
   Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be _ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
Due to defense counsel's unavailability on December 10, 2013, the case management conference is vacated and counsel shall comply with the schedule set out above.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 12/10/13

SUSAN ILLSTON
United States District Judge

**United States District Court**
For the Northern District of California