1  Charles M. Kagay, SBN 73377
   SPIEGEL LIAO & KAGAY, P.C.
2  388 Market Street, Suite 900
3  San Francisco, CA 94111
   Telephone:     415-956-5959
4  Facsimile:     415-362-1431
   cmk@slksf.com
5

6  Attorney for Defendants Seawind Group
   Holdings Pty Ltd.; Richard Geoffrey Ward;
7  Corsair Marine Sales Pte Ltd.; Corsair
   Marine International Pte Ltd.; Corsair
8  Marine International Co., Ltd.
9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| WAYNE GOLDMAN, *et al.* | CASE NO. C13-1759 SI |
|---|---|
| v. | Stipulation and Order to Change Date of Case Management Conference |
| SEAWIND GROUP HOLDINGS PTY LTD, *et al* | |

The next case management conference in the above-caption case is scheduled for September 12, 2014 at 3 PM. Since the conference was calendared, counsel for the appearing defendants has developed a conflict on September 11 and 12. Consequently, it is hereby stipulated by counsel for both plaintiffs and all appearing defendants that the case management conference may be rescheduled to September 19, 2014.

Dated: July 9, 2014      Respectfully submitted,

/s/ Charles M. Kagay

Charles M. Kagay
Spiegel Liao & Kagay, P.C.

Attorney for Defendants Seawind Group Holdings Pty Ltd.; Richard Geoffrey Ward; Corsair Marine Sales Pte Ltd.; Corsair Marine International Pte Ltd.; Corsair Marine International Co., Ltd.

/s/Robert C. Matz
Robert C. Matz
Makman & Matz, LLP

Attorney for Plaintiffs Wayne Goldman and Harriett Scannon

I attest that concurrence in the filing of this document has been obtained from each of the other signatories.

/s/Charles Kagay
Charles M. Kagay

**ORDER**

Pursuant to stipulation, it is ordered that the next case management conference in the above-captioned case, presently scheduled for September 12, 2014 at 3 PM, is rescheduled to September 19, 2014 at 3 PM.

Dated:

7/11/14

Hon. Susan Illston
Judge, United States District Court