UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE GOLDMAN, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>SEAWIND GROUP HOLDINGS PTY LTD, *et al.*,<br><br>    Defendants. | Case No. 13-cv-01759-SI<br><br>**ORDER RE: PARTIES' FEBRUARY 9, 2015 FILING**<br><br>Re: Dkt. No. 107 |

In an order filed February 2, 2015, the Court granted summary judgment in favor of defendants on plaintiffs' claims, and directed the parties to inform the Court by February 9, 2015 of what matters remained to be tried in this case. The Court has received the parties' February 9, 2015 letter stating that "issues remain to be resolved at trial," and requesting that the Court vacate the March 17, 2015 trial date. The parties' February 9, 2015 letter did not inform the Court, as directed in the February 2, 2015 order, of what specific matters remain to be tried in this case.

The Court will take the parties' request under submission. However, the parties' views on what claims remain to be tried are necessary to the Court's determination regarding the trial date. Accordingly, the Court directs the parties to file a joint letter by 3 p.m. on February 13, 2015, stating which matters remain to be resolved in this case. For the purposes of filing this letter, the parties shall assume that the Court will not modify any rulings in the summary judgment order.

**IT IS SO ORDERED**.

Dated: February 12, 2015

SUSAN ILLSTON
United States District Judge