UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WAYNE GOLDMAN, *et al*.,

    Plaintiffs,

    v.

SEAWIND GROUP HOLDINGS PTY LTD, *et al*.,

    Defendants.

Case No. 13-cv-01759-SI

**ORDER AMENDING ORDER DISMISSING CERTAIN COUNTERCLAIMS**

This order corrects a typographical error in the Court's February 17, 2015 Order Dismissing Certain Counterclaims. The February 17, 2015 order incorrectly dismissed the second counterclaim. The Court clarifies that the second counterclaim is not dismissed, and instead that the first, third, fourth and fifth counterclaims are dismissed.

**IT IS SO ORDERED**.

Dated: February 18, 2015

SUSAN ILLSTON
United States District Judge