1  Charles M. Kagay, SBN 73377
   SPIEGEL LIAO & KAGAY, P.C.
2  388 Market Street, Suite 900
   San Francisco, CA 94111
3  Telephone:     415-956-5959
4  Facsimile:     415-362-1431
   cmk@slksf.com
5

6  Attorney for Defendants Seawind Group
   Holdings Pty Ltd.; Richard Geoffrey Ward;
7  Corsair Marine Sales Pte Ltd.; Corsair
   Marine International Pte Ltd.; Corsair
8  Marine International Co., Ltd.

9
                UNITED STATES DISTRICT COURT
10
                NORTHERN DISTRICT OF CALIFORNIA
11

12 | WAYNE GOLDMAN, *et al.*          | CASE NO. C13-1759 SI |
13 |                                   |                      |
   |         v.                        | Stipulation to Participate in |
14 |                                   | Settlement Conferences |
   | SEAWIND GROUP HOLDINGS PTY LTD,   |                      |
15 |     *et al*                       |                      |

16

17
        Plaintiffs and defendants in the above-captioned case, through counsel, hereby
18
   stipulate to participating in settlement conferences on March 13, 2015 and (if the case has
19
   not settled) on May 4, 2015, before Magistrate Judge Kandis Westmore.  These dates have
20
   previously been reserved with Judge Westmore's clerk.
21

22
   Dated:  March 5, 2015              Respectfully submitted,
23

24
                                      /s/ Charles M. Kagay
25
   [SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Kandis Westmore, Judge Kandis Westmore]
26                                    Charles M. Kagay
                                      Spiegel Liao & Kagay, P.C.
27
                                      Attorney for Defendants Seawind Group Holdings Pty
28                                    Ltd.; Richard Geoffrey Ward;  Corsair Marine Sales Pte

Ltd.; Corsair Marine International Pte Ltd.; Corsair Marine International Co., Ltd.

*/s/Robert C. Matz*
Robert C. Matz
Makman & Matz, LLP

Attorney for Plaintiffs Wayne Goldman and Harriett Scannon

I attest that concurrence in the filing of this document has been obtained from the other signatory.

/s/*Charles Kagay*
Charles M. Kagay