UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WAYNE GOLDMAN, et al.,

    Plaintiffs,

  v.

SEAWIND GROUP HOLDINGS PTY LTD, et al.,

    Defendants.

Case No.  13-cv-01759-SI  (SI)

SECOND
**PRETRIAL PREPARATION ORDER**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

PRETRIAL CONFERENCE DATE: August 25, 2015 at 3:30 PM.

JURY TRIAL DATE: September 8, 2015 at 8:30 AM.
  Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be  days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
This case shall be referred to Magistrate-Judge Corley for settlement purposes.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

  **IT IS SO ORDERED**.

Dated:  6/1/15

_____

SUSAN ILLSTON
United States District Judge