Charles M. Kagay, SBN 73377
SPIEGEL LIAO & KAGAY, P.C.
388 Market Street, Suite 900
San Francisco, CA 94111
Telephone:    415-956-5959
Facsimile:     415-362-1431
cmk@slksf.com

Attorney for Defendants Seawind Group Holdings Pty Ltd.; Richard Geoffrey Ward; Corsair Marine Sales Pte Ltd.; Corsair Marine International Pte Ltd.; Corsair Marine International Co., Ltd.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE GOLDMAN, *et al.*<br><br>    v.<br><br>SEAWIND GROUP HOLDINGS PTY LTD, *et al* | CASE NO. C13-1759 SI<br><br>Stipulation and ~~Proposed~~ Order to Vacate Pretrial Conference and Trial Date Because of Settlement |

On May 29, 2015, this Court referred to above-captioned case to Magistrate Judge Jacqueline Scott Corley for settlement conference.

On July 16, 2015, Judge Corley conducted a settlement conference. Thanks to Judge Corley's conscientious assistance, the parties were able to settle the case in its entirety on that day and to enter into a written settlement agreement. Judge Corley entered a minute entry to this effect on July 17, 2015 (Dkt. No. 137).

Per the written settlement agreement, the parties are to dismiss all of their claims with prejudice as soon as certain funds are transferred and certain tasks have been completed. The funds have been transferred, and the tasks are in process but not yet completed. The parties anticipate that the tasks will be completed within the next few weeks, at which point they will ask the Court to dismiss all of their claims. Plaintiffs will be submitting their

motion for a default judgment against defaulting Defendant Paul Koch on or before September 25, 2015.

The parties present this stipulation because the Court's calendar still reflects a pretrial conference scheduled for August 25, 2015 at 3:30 PM and trial scheduled for September 8, 2015 at 8:30 AM.  The parties request that these dates be vacated because of the imminent dismissal of these actions, to conserve the time of both Court and counsel.  The parties also suggest that the Court direct them to submit a status report to the Court no later than October 2, 2015, if and only if requests for dismissal with respect to the non-defaulting Defendants and Cross-Defendants have not been filed by that date.

Dated:  August 18, 2015                    Respectfully submitted,


                                           /s/ Charles M. Kagay

                                           Charles M. Kagay
                                           Spiegel Liao & Kagay, P.C.

                                           Attorney for Defendants Seawind Group Holdings Pty Ltd.; Richard Geoffrey Ward;  Corsair Marine Sales Pte Ltd.; Corsair Marine International Pte Ltd.; Corsair Marine International Co., Ltd.


                                           /s/Robert C. Matz
                                           Robert C. Matz
                                           Makman & Matz, LLP

                                           Attorney for Plaintiffs Wayne Goldman and Harriett Scannon

I attest that concurrence in the filing of this document has been obtained from the other signatory.

                                           /s/Charles Kagay
                                           Charles M. Kagay

**(PROPOSED) ORDER**

Pursuant to stipulation, and good cause appearing, it is ordered that the presently scheduled pretrial conference date of August 25 at 3:30 p.m. and trial date of September 8, 2015 at 8:30 AM are vacated.

The parties are directed to submit a joint status report to the Court on or before October 2, 2015, if and only if requests for dismissal with respect to the non-defaulting Defendants and Cross-Defendants have not been filed by that date.

DATED: __8/18/15_____

_____
The Honorable Susan Illston
Judge, United States District Court