United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE GOLDMAN, *et al.*,<br><br>   Plaintiffs,<br><br>  v.<br><br>SEAWIND GROUP HOLDINGS PTY LTD, *et al.*,<br><br>   Defendants. | Case No. 13-cv-01759-SI<br><br>**ORDER GRANTING PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT AGAINST DEFAULTING DEFENDANT PAUL KOCH**<br><br>Re: Dkt. No. 147 |

  Plaintiffs' motion for a default judgment came on for hearing on April 15, 2016, in the above-referenced Court. Plaintiffs were represented by their counsel, Robert C. Matz of the Matz Law Group. Nobody appeared on behalf of defaulting defendant Paul Koch.

  Having reviewed the motion and supporting declarations, the Court finds plaintiffs have established personal jurisdiction over Paul Koch and that Koch was properly served. The Court also finds that the well-pleaded allegations of the first amended complaint, coupled with the evidence supplied by plaintiffs with their motion, establishes each element of plaintiffs' fraud claim against defaulting defendant Paul Koch. Finally, the Court has reviewed all of the factors set forth in *Eitel v. McCool*, 782 F.2d 1470, 1471-72 (9th Cir. 1986), and finds that each factor favors the entry of a default judgment against Paul Koch.

  As for damages, the Court finds plaintiffs have established they paid $520,000 to alter egos of Paul Koch, and that they are entitled to pre-judgment interest from the date the fraud occurred, which is November 10, 2009. Accordingly, the Court HEREBY GRANTS plaintiffs' motion for a default judgment against defaulting defendant Paul Koch in the amount of $857,928.94.

The Court will enter a judgment against Paul Koch in this amount into the record of this case.

**IT IS SO ORDERED**.

Dated: April 15, 2016

_____
SUSAN ILLSTON
United States District Judge