United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE GOLDMAN, *et al.*, <br><br>　　　　Plaintiffs, <br><br>　　v. <br><br>SEAWIND GROUP HOLDINGS PTY LTD, *et al.*, <br><br>　　　　Defendants. | Case No. 13-cv-01759-SI <br><br>**JUDGMENT** |

The Court hereby enters judgment in favor of plaintiffs and against defaulting defendant Paul Koch in the amount of $857,928.94.

**IT IS SO ORDERED**.

Dated: April 15, 2016

_____
SUSAN ILLSTON
United States District Judge